# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
One Silver and Green Alcatel Cellphone, IMEI 014451002109691 )
(Described in Attachment A) )

Case No. 3:19m305

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
One Silver and Green Alcatel Cellphone, IMEI 014451002109691 (Described in Attachment A)

located in the \_\_\_\_ Middle \_\_\_\_ District of \_\_\_\_ Pennsylvania \_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of the illegal distribution of Controlled Substances (Described in Attachment B)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Illegal distribution of controlled substances |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:
See attached Affidavit in support of Search Warrant.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of \_\_\_\_ days (give exact ending date if more than 30 days: \_\_\_\_) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent, Ryan Kovach
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **May 9, 2019**

*Judge's signature*

City and state: Scranton, Pennsylvania

Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*